United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Danielle J. Chappell  
    Debtor

Case No. 17-13039-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jul 27, 2017  
                          Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.  
db         +Danielle J. Chappell,   202 Alexander Court,   Warwick, PA 18974-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:07    City of Philadelphia,  
        City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
        Philadelphia, PA  19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:36  
        Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
        Harrisburg, PA  17128-0946  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2017 01:49:56    U.S. Attorney Office,  
        c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                                                         TOTAL: 3

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:  
        BONNIE B. FINKEL   on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,  
        NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
        BONNIE B. FINKEL    finkeltrustee@comcast.net,   NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
        DANIEL P. MUDRICK   on behalf of Debtor Danielle J. Chappell dpmudrick@verizon.net,  
        G30229@notify.cincompass.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National  
        Association bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National  
        Association bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                    TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Danielle J. Chappell<br>　　　　　　　　　Debtor | CHAPTER 7 |
| PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION<br>　　　　　　　　　Movant<br>vs.<br>Danielle J. Chappell<br>　　　　　　　　　Debtor<br>Bonnie B. Finkel<br>　　　　　　　　　Trustee | NO. 17-13039 ELF<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 27th day of July, 2017 upon failure of Debtor and the Trustee to file an Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code is modified with respect to the subject premises located at 202 Alexander Court, Warwick, PA 18974 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**