United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 17-13039-elf
Danielle J. Chappell Chapter 7
 Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2 User: Stacey Page 1 of 1 Date Rcvd: Mar 16, 2018
 Form ID: 195 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db #+Danielle J. Chappell, 202 Alexander Court, Warwick, PA 18974-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
 BONNIE B. FINKEL finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
 BONNIE B. FINKEL on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
 NJ69@ecfcbis.com;Finkeltrustee@comcast.net
 DANIEL P. MUDRICK on behalf of Debtor Danielle J. Chappell dpmudrick@verizon.net,
 G30229@notify.cincompass.com
 MATTEO SAMUEL WEINER on behalf of Creditor PNC Mortgage, a Division of PNC Bank, National
 Association bkgroup@kmllawgroup.com
 REBECCA ANN SOLARZ on behalf of Creditor PNC Mortgage, a Division of PNC Bank, National
 Association bkgroup@kmllawgroup.com
 United States Trustee USTPRegion03.PH.ECF@usdoj.gov
 TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                           : Chapter 7

Danielle J. Chappell                                                             : Case No. 17−13039−elf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , March 16, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

25
Form 195